# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Giia PUKHAEV<br><br>    Defendant. | Case No.: **21-MJ-4967**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assaulting a Federal Officer<br>(Felony) |
|---|---|

The undersigned complainant being duly sworn states:

On or about December 17, 2021, within the Southern District of California, Giia PUKHAEV, intentionally and forcibly assaulted a person designated in Title 18, United States Code, Section 1114, to wit: Department of Homeland Security, United States Customs and Border Protection Officer A. Nuno, while Officer Nuno was engaged in and on account of the performance of her official duties, such acts involving making physical contact with Officer Nuno; in violation of Title 18, United States Code, Section 111(a)(1), a felony. The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Christopher A. Johnson
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS  20  DAY OF DECEMBER 2021.

_____
HON. JILL L. BURKHARDT
U.S. MAGISTRATE JUDGE

## PROBABLE CASUE STATEMENT

On December 17, 2021, at approximately 4:10 AM, Giia PUKHAEV, ("PUKHAEV"), a citizen of Russia, was the driver of a Black 2001 Ford Expedition, California license plate number 5ZQY450, located in Lane Number 3 at the San Ysidro Port of Entry and in line to apply for entry into the United States from Mexico. Customs and Border Protection Officer Abigail Nuno ("CBPO Nuno") made contact with PUKHAEV at the limit line in pre-primary and requested that PUKHAEV present his entry document. PUKHAEV presented a document that CBPO Nuno could not identify. CBPO Nuno requested that PUKHAEV stop the vehicle while CBPO Nuno attempted to retrieve an orange barricade to place at the limit line in front of the vehicle, at which time PUKHAEV accelerated his vehicle forward. CBPO Nuno requested that PUKHAEV stop the vehicle and turn off the ignition. PUKHAEV did not comply and, as CBPO Nuno was standing to the side of the front driver-side headlight of the vehicle, PUKHAEV again accelerated the vehicle causing the vehicle to make contact with the mid-section of CBPO Nuno's body, causing injury to the left side of the hip and back of CBPO Nuno.

PUKHAEV was arrested and charged with violation of Title 18, United States Code, 111, Assault on a Federal Officer.

Executed on December 17, 2021, at San Ysidro, CA

Chris Johnson, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 3 pages, I find probable cause to believe the defendant, Giia PUKHAEV, named in this probable cause statement, committed the offense on December 17, 2021, in violation of Title 18 USC 111, Assault on a Federal Officer.

*Jill Burkhardt*      3:32 PM, Dec 19, 2021

Hon. Jill L. Burkhardt      Date/Time

United States Magistrate Judge